Argued June 19, affirmed June 23, reconsideration denied July 30,
petition for review denied September 3, 1975

DAVE CHRISTENSEN, INC., *Appellant, v.*
WOLF CREEK HIGHWAY WATER DISTRICT
(No. 34-098), *Respondent.*

536 P2d 535

*William C. Ogilvy,* Portland, argued the cause and filed the brief for appellant.

*DeMar L. Batchelor,* Hillsboro, argued the cause for respondent. With him on the brief were Schwenn, Bradley, Batchelor and Bailey, Hillsboro.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

AFFIRMED. *Hayes v. City of Albany,* 7 Or App 277, 490 P2d 1018 (1971).